☒ FILED     ☐ LODGED

**Dec 22 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

CR-25-05597-TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Maria Lucero Rodriguez Armenta,<br><br>Defendant. | **INFORMATION**<br><br>**25-MJ-06319-EJM**<br><br><u>VIOLATIONS</u>:<br><br>**18 U.S.C. §§ 924(a)(6) and 924(a)(2)**<br>**(False Statement During Purchase of a**<br>**Firearm)**<br><br>**FELONY** |

**THE UNITED STATES ATTORNEY CHARGES:**

## <u>COUNT 1</u>

On or about December 2, 2023, in the District of Arizona, Defendant **Maria Lucero Rodriguez-Armenta**, knowingly made a false statement and representation in connection with the acquisition of a firearm, to wit: a Pioneer Arms Porter AK-47 semiautomatic rifle, to a business, to wit: Friendly Thrift & Pawn, which false statement and representation was intended and likely to deceive the business as to the lawfulness of the sale of the firearm, which business was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records for the business, in that Defendant **Maria Lucero Rodriguez Armenta** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she

was the actual transferee/buyer, where in truth and fact, she knew she was purchasing the firearm for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*K Schiff*

Digitally signed by KEVIN SCHIFF
Date: 2025.12.22 10:59:05 -07'00'

KEVIN D. SCHIFF
Assistant U.S. Attorney