TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
Arizona State Bar No. 024193
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Kevin.Schiff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>                    Plaintiff,<br><br>         vs.<br><br> Maria Lucero Rodriguez Armenta,<br><br>                    Defendant. | No. CR 25-05597-TUC-RM (EJM)<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |
|---|---|

The United States of America, by and through its undersigned attorneys, hereby submits its sentencing memorandum in the above captioned matter, which is currently set for sentencing on June 3, 2026.

Having reviewed the findings and recommendations in the Presentence Investigation Report (PSR), the government has no objection to the probation department's calculations of the United States Sentencing Guidelines (USSG) and joins the probation department in recommending three year term of probation.

Probation is appropriate given Armenta's lack of criminal history and her limited role in the offense, which the evidence shows was at the lowest rung of a gun-acquisition and smuggling ring. The broader investigation revealed that this ring frequently targeted women—many of whom were vulnerable—to purchase firearms that were then immediately transferred to more culpable members who engaged in more serious conduct, such as obliterating serial numbers or smuggling the guns into Mexico.

However, the government has some reticence in recommending probation. This hesitation does not stem from a belief that Armenta's underlying conduct warrants a custodial sentence. Rather, it arises from the fact that, despite clear evidence that she was straw purchasing firearms for others—conduct she admitted in her plea agreement—she is now inexplicably maintaining that she bought the guns with her own money and sold them for a profit. (PSR ¶ 76.) In other words, she independently chose to buy firearms and sell them to bad actors, without influence and money from others.

Perhaps Armenta misunderstands that this revisionist account actually casts her in a worse light, or perhaps she remains committed to a cover story instilled by her handlers. Whatever the reason, Armenta must come to terms with the obvious reality. If she does not, probation will likely be difficult for her to complete successfully.

Respectfully submitted this 21st day of May, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Kevin Schiff*

KEVIN D. SCHIFF
Assistant U.S. Attorney

Copy of the foregoing served electronically by ECF notice to:

ALL ECF PARTICIPANTS

- 2 -